DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEWEL GRIER**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-2342

[November 21, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 062001CF007886A88810.

Jewel Grier, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***